**FILED**

JUL 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   CHARLES B. BURCH (CSBN 79002)
3  Chief, Criminal Division

4
   450 Golden Gate Ave (11th Floor)
5  San Francisco, CA 94102
   Telephone: (415) 436-7200
6
   Attorneys for the United States
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION      3  08  7039?
10

11 UNITED STATES OF AMERICA,        )    CRIMINAL NO. ~~~~~~~~~
                                    )
12      Plaintiff,                  )
                                    )    NOTICE OF PROCEEDINGS ON
13      v.                          )    OUT-OF-DISTRICT CRIMINAL
                                    )    CHARGES PURSUANT TO RULES
14 CLARISOL GLADYS TORRES,          )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                    )    OF CRIMINAL PROCEDURE
15      Defendant.                  )
                                    )
16 _____  )

17      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

18 Procedure that on __7-1-08__, the above-named defendant was arrested based upon an

19 arrest warrant (copy attached) issued upon an

20      ☐ Indictment

21      ☐ Information

22      ☐ Criminal Complaint

23      ☒ Other (describe) Violation of Pretrial Release

24 pending in the __Eastern__ District of __California__, Case Number 2:07-CR-00391

                                                                          LKK-1

MEJ

1

1    In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,
2    Section(s) __1708__.
3    Description of Charges: __Possession of Stolen Mail__.

                                                  Respectfully Submitted,
                                                  JOSEPH P. RUSSONIELLO
                                                  UNITED STATES ATTORNEY

Date: __7-2-08__

                                                  Assistant U.S. Attorney

06/30/2008 10:48  4154387601  SF ENFORCEMENT  PAGE 06/08

3 08 70397

MEJ

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 6·5·08

The United States,

-vs-

■■■■■■■■■

Docket No. 2:07-CR-00391 LKK-1

COMES NOW Steven Joseph Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Clarisol Gladys Torres, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 7th day of May, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 1708 - Possession of Stolen Mail

**BOND CONDITIONS:** The defendant was released on a $10,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Kroll Laboratories verified that Ms. Torres tested positive for methamphetamine on May 22, 2008. On June 2, 2008, Ms. Torres tested presumptively positive for methamphetamine and subsequently admitted use of the drug. Following her positive test on June 2, 2008, Ms. Torres absconded from Pretrial Services supervision and her current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no-bail warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
Pretrial Services Officer
May 3, 2008

_____ORDER_____

_X_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ 0 pending hearing.

___ The Court hereby orders this ex parte motion and order be sealed.

___ The Court orders a summons be issued with an appearance date of _____.

___ The Court hereby orders this matter placed on this court's calendar on_____, at __ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

Considered and ordered this 5th day of June, 2008, and ordered filed and made a part of the records in the above case.

_____
U.S. MAGISTRATE JUDGE

Jun 23 2008 10:19am P004/007    U.S. MARSHAL SERVICE    Fax:9169302050

Pretrial Services Violation Petition - page 2        SF ENFORCEMENT                    PAGE  07/08
TORRES, Clarisol Gladys

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your Pretrial Services officer;

9. You shall immediately contact Pretrial Services should you have any contact with law enforcement;

10. You are released to the third-party custody of your aunt, Anna Rodriguez;

11. You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

    **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer; and

12. You shall abide by the terms and conditions of your probation and/or parole.

Jun 23 2008 10:19am P005/007    Fax:9159302050    U.S. MARSHAL SERVICE

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
2008 JUN -5 PM 4:03
EASTERN DISTRICT
OF CALIFORNIA

USA,

v.

**CLARISOL GLADYS TORRES,**

WARRANT FOR ARREST   3  08  70397   MEJ

Case Number: 2:07-CR-00391-LKK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Clarisol Gladys Torres,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Violation of Pretrial Release**

in violation of Title  18           United States Code, Section(s)  3606

| A. Benson | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] A Benson | 6/5/08            Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  NO BAIL           by   Magistrate Judge Kimberly J. Mueller

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

06/30/2008  10:48  4154367601                SF ENFORCEMENT                            PAGE  06/08

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 6·5·08

The United States,

-vs-

Clarisol Gladys Torres                                  Docket No. 2:07-CR-00391 LKK-1

**COMES NOW** Steven Joseph Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Clarisol Gladys Torres, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 7th day of May, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 1708 - Possession of Stolen Mail

**BOND CONDITIONS:** The defendant was released on a $10,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Kroll Laboratories verified that Ms. Torres tested positive for methamphetamine on May 22, 2008. On June 2, 2008, Ms. Torres tested presumptively positive for methamphetamine and subsequently admitted use of the drug. Following her positive test on June 2, 2008, Ms. Torres absconded from Pretrial Services supervision and her current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no-bail warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**       On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
Pretrial Services Officer
May 3, 2008

_____ **ORDER** _____

_X_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ 0 pending hearing.

___   The Court hereby orders this ex parte motion and order be sealed.

___   The Court orders a summons be issued with an appearance date of _____.

___   The Court hereby orders this matter placed on this court's calendar on _____, at __ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

Considered and ordered this 5th day of
June, 2008, and ordered filed and
made a part of the records in the above case.

_____
U.S. MAGISTRATE JUDGE

Pretrial Services Violation Petition - page 2   SF ENFORCEMENT                                       PAGE   07/08

**TORRES, Clarisol Gladys**

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your Pretrial Services officer;

9. You shall immediately contact Pretrial Services should you have any contact with law enforcement;

10. You are released to the third-party custody of your aunt, Anna Rodriguez;

11. You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

    **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer; and

12. You shall abide by the terms and conditions of your probation and/or parole.