rev. 9/6/07

DOCUMENTS UNDER SEAL ☐               TOTAL TIME (mins): 3

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK<br>Brenda Tolbert | REPORTER/FTR<br>10:03 - 10:06 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | DATE<br>July 2, 2008 | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70397 MEJ | |

### APPEARANCES

| DEFENDANT<br>CLARISOL GLADYS TORRES | AGE<br>32 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Eric Hairston | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Dave Hall | INTERPRETER | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Michelle Nero | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS | |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☒ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER | |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING | |

### INITIAL APPEARANCE

| ☒ | ADVISED<br>OF RIGHTS | ☒ | ADVISED<br>OF CHARGES | ☒ | NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|---|---|---|

**FILED**

**JUL 0 2 2008**

### ARRAIGNMENT

| ☐ | ARRAIGNED ON<br>INFORMATION | ☐ | ARRAIGNED ON<br>INDICTMENT | ☐ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| ☐ | RELEASED<br>ON O/R | ☐ | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ | MOTION<br>FOR<br>DETENTION | ☐ | PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☒ | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ | REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  EASTERN DISTRICT OF CALIFORNIA

### PLEA

| ☐ | CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|---|
| ☐ | PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ | ATTY APPT<br>HEARING | ☐ | BOND<br>HEARING | ☐ | STATUS RE:<br>CONSENT | ☐ | STATUS /<br>TRIAL SET |
|---|---|---|---|---|---|---|---|---|
| AT: | ☐ | SUBMIT FINAN.<br>AFFIDAVIT | ☐ | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ | CHANGE OF<br>PLEA | ☐ | OTHER |
| BEFORE HON. | ☐ | DETENTION<br>HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ | IDENTITY /<br>REMOVAL<br>HEARING | ☐ | PRETRIAL<br>CONFERENCE | ☐ | PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Deft waived ID and Detention Hrg.

BT, PTS